No. 734. SIMON *v.* UNITED STATES. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Randolph Bias* for petitioner. *So-*

*licitor General Fahy* and *Assistant Attorney General Berge* for the United States.